**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
|  | ) |  |
| NASSIM vs. BUSH et al | ) | 1:09-cv-01332-HHK |
|  | ) |  |

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that undersigned counsel, David H. Remes, hereby

withdraws his appearance as counsel for the petitioner in the above-captioned cases.  Please

remove Mr. Remes from the list of counsel to be noticed.

Dated: February 14, 2010

Respectfully submitted,

/s/

DAVID H. REMES
D.C. Bar. No. 370372
APPEAL FOR JUSTICE
1106 Noyes Drive
Silver Spring, MD 20910
(202) 669-6508
remesdh@gmail.com